**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: Philadelphia, Pennsylvania

---

**RELATED CASE IF ANY:** Case Number: 2:24-cv-01876-NIQA    Judge: Hon. Nitza I. Quiñones Alejandro

1. Does this case involve property included in an earlier numbered suit?    Yes [X]
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?    Yes [X]
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?    Yes [ ]
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?    Yes [ ]
5. Is this case related to an earlier numbered suit even though none of the above categories apply?    Yes [ ]
   If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case [X] **is** / [ ] **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

*A. Federal Question Cases:*

1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
2. [ ] FELA
3. [ ] Jones Act-Personal Injury
4. [ ] Antitrust
5. [ ] Wage and Hour Class Action/Collective Action
6. [ ] Patent
7. [ ] Copyright/Trademark
8. [ ] Employment
9. [ ] Labor-Management Relations
10. [ ] Civil Rights
11. [ ] Habeas Corpus
12. [ ] Securities Cases
13. [ ] Social Security Review Cases
14. [ ] Qui Tam Cases
15. [ ] Cases Seeking Systemic Relief  *see certification below*
16. [ ] All Other Federal Question Cases. *(Please specify)*:_____

*B. Diversity Jurisdiction Cases:*

1. [ ] Insurance Contract and Other Contracts
2. [ ] Airplane Personal Injury
3. [ ] Assault, Defamation
4. [ ] Marine Personal Injury
5. [ ] Motor Vehicle Personal Injury
6. [ ] Other Personal Injury (*Please specify*):_____
7. [ ] Products Liability
8. [X] All Other Diversity Cases: *(Please specify)* Data Breach; Class Action

I certify that, to the best of my knowledge and belief, that the remedy sought in this case [ ] **does** / [X] **does not** have implications beyond the parties before the court and [ ] **does** / [X] **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

[X] Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

[ ] None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.